UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY, and        Docket No.:
GEICO CASUALTY COMPANY,

                Plaintiffs,

        -against-

PARKWAY MEDICAL CARE, P.C., BY MD, PC, MK
CHIROPRACTIC, P.C., JR CHIROPRACTIC, P.C., CITY
CARE ACUPUNCTURE, P.C., OLGA BARD
ACUPUNCTURE, P.C., and OASIS PHYSICAL
THERAPY, P.C.,

        -and-

BILLY N. GERIS, M.D., MEHRZAD KOHANSIEH, D.C.,
CLEOPHAS CRAIGG, D.C., ARKADY KINER, L.Ac.,
OLGA BARD, L.Ac., and MARY JEAN ENDOZO, P.T.,
        -and-

DAVID SAFIR, ORION COLLECTIONS, INC., and JOHN
DOES "ONE" through "FIVE,"

                Defendants.
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Plaintiffs, GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., in the above-titled action.

Dated:      Uniondale, New York
             June 23, 2015

                              RIVKIN RADLER LLP

                    By:    /s/_____
                             Pia E. Riverso
                             926 RXR Plaza
                             Uniondale, New York 11556-0926
                             Telephone:   (516) 357-3000
                             Facsimile:    (516) 357-3333