# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.

Plaintiff(s)
Petitioner(s)

- against -

PARKWAY MEDICAL CARE, P.C., ET AL.

Defendant(s)
Respondent(s)

INDEX #: 15CV3670
DATE FILED: 06/23/2015

ATTORNEY FILE#: 005100-00981

---

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 07/02/2015, 09:01AM at 245 EXETER STREET, BROOKLYN NY 11235-3725, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET & STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 on DAVID SAFIR, a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 45   Approximate height 5'09"   Approximate weight 192   Color of skin WHITE   Color of hair GRAY   Other ACCENT & NY LICENSE PLATE #: BAC8050

DAVID SAFIR told the deponent that he was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

TONY CONIGLIARO   License # 1220476

Sworn to before me on 07/06/2015
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017