UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x
GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY
CO., GEICO GENERAL INSURANCE　　**MEMORANDUM AND ORDER**
COMPANY, and GEICO CASUALTY
CO.,　　15-cv-3670 (FB) (VMS)

         Plaintiffs,

  -against-

PARKWAY MEDICAL CARE, P.C.,
B.Y., M.D., P.C., MK CHIROPRACTIC,
P.C., JR CHIROPRACTIC, P.C., CITY
CARE ACUPUNCTURE, P.C., OLGA
BARD ACUPUNCTURE, P.C., and
OASIS PHYSICAL THERAPY, P.C.,

  -and-

BILLY N. GERIS, M.D., MEHRZAD
KOHANSIEH, D.C., CLEOPHAS
CRAIGG, D.C., ARKADY KINER,
L.A.c., OLGA BARD, L.A.c., and MARY
JEAN ENDOZO, P.T.,

  -and-

DAVID SAFIR, ORION COLLECTIONS,

         Defendants.
----------------------------------------------------x

**BLOCK, Senior District Judge**:

      On February 21, 2017, Magistrate Judge Vera M. Scanlon issued a Report and

Recommendation ("R&R") recommending that plaintiff's Motion for Default Judgment

be granted against Defendants Parkway Medical, BY MD, JR Chiropractic, Bard Acupuncture, Ms. Bard, Dr. Craigg, Dr. Geris and Orion Collections (collectively, "Defaulting Defendants"), and plaintiff be awarded $2,773114.24 in damages, fees, and costs. No objections have been filed to date, and defendants' opportunity to object has passed.

Where there are no objections, the Court may adopt the R&R without de novo review. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court must conduct de novo review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000). No such error appears here. Accordingly, the Court adopts the R&R without de novo review and grants plaintiff's Motion for Default Judgment.

**SO ORDERED**.

/S/ Frederic Block
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
March 24, 2017